## GLADNEY *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 90, September Term, 1963.]

*Decided January 9, 1964.*

Before the full Court.

PER CURIAM.

For the reasons set forth in the opinion of Judge Grady in the lower court, the application for leave to appeal is denied.

*Application denied.*